IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK A. MOORE**                                                                    **PLAINTIFF**

V.                         Case No. 4:24-CV-00485-JM

**ROCK REGION METRO**                                       **DEFENDANT**

## ORDER

Plaintiff Mark Moore's complaint is dismissed without prejudice because he failed to file an amended complaint by July 17, 2024 as directed, and the time to do so has passed. (Doc. 4). LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 30th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE